RICK ROSKELLEY, ESQ., Bar # 003192
KELSEY E. STEGALL, ESQ., Bar # 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:         702.862.8811
Email:  rroskelley@littler.com
Email:  kstegall@littler.com

Attorneys for Defendant
FAMILY DOLLAR, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS AYALA, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>FAMILY DOLLAR, INC., a Foreign Corporation and DOES 1 through 20, inclusive; ROE CORPORATIONS 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-00807-RFB-NJK<br><br>**STIPULATION TO CONTINUE THE EARLY NEUTRAL EVALUATION** |

Plaintiff ALEXIS AYALA ("Plaintiff") and Defendant FAMILY DOLLAR, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to continue the date for the Early Neutral Evaluation ("ENE") Session presently scheduled for June 23, 2020, at 9:00 a.m., before United States Magistrate Judge Brenda Weksler, (ECF No. 6.), due to the unavailability of Defendant's client representative.

The parties are available and propose the following alternative date:

- *Friday, July 24, 2020*

The parties further request that the confidential written evaluation statement be due to Magistrate Judge Weksler's chambers one week prior to the new date of the ENE Session **by 4:00 p.m.**, which falls on Friday, July 17, 2020.

The parties further request that any motions for exemption from the Court's attendance requirements at the ENE be reset to 7 days from the date of this Order.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This extension is sought in good faith and not for the purpose of delay.

Dated: June 3, 2020                                       Dated: June 3, 2020

/s/ Kyle R. Tatum, Esq.                                   /s/ Kelsey E. Stegall, Esq.
PATRICK W. KANG, ESQ.                                     RICK D. ROSKELLEY, ESQ.
KYLE R. TATUM, ESQ.                                       KELSEY E. STEGALL, ESQ.
KANG & ASSOCIATES, PLLC                                   LITTLER MENDELSON, P.C.

Attorneys for Plaintiff
ALEXIS AYALA                                              Attorneys for Defendant
                                                          FAMILY DOLLAR, INC.

4841-3403-0013.1 053439.1514

IT IS ORDERED that ECF NO. 15 is GRANTED.

IT IS FURTHER ORDERED that the pre-ENE call scheduled for June 22, 2020 is rescheduled to July 23, 2020 at 3:00 p.m.

**IT IS SO ORDERED**

**DATED: June 04, 2020**

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.